GEORGE ROY BROWN, SR.
ID. # 1098499
Clements Unit
9601 Spur 591
Amarillo, Texas 79107

January 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 27 2015

Abel Acosta, Clerk

62,000-07

To: Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: George Roy Brown, Sr., ID. #1098499
Trial Court Case No. A010583FR,
CCA No. WR-62,000-07

Re: Trial Court Abuse it's Discretion," when it fail to Forward Applicant Brown a Copy of it's, "Facts Finding And Conclusion." In Writ 11.07 Application. Filed 12-18-14,

Dear Clerk,

I George Roy Brown, Sr. ID.#1098499-Pro-Se, respectfully requests That You Please Contact The 128th Judicial District Court In Orange County, Texas  ORANGE, TEXAS and Order Them To Forward Applicant Brown a Copy of There "Facts Finding and Conclusion of Law." In Habeas Corpus That was Filed In Their Court On December 18th 2014, Under Trial Court Case No. A010583FR,

With Kind Regard..... I remain!

Sincerely,

Mr. George Roy Brown, Sr.
George Roy Brown, Sr.
ID. #1098499

C/C
Note 2.                    Page 1 of 1.